940

No. 78–1913. MYTNIK *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–6879. FIELDS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 78–6903. DYKES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–6905. ADAMS *v.* HULL ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6926. MOSLEY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79–82. GARCIA ET AL. *v.* FRIESECKE ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–119. VEITCH *v.* SUPERIOR COURT, COUNTY OF SANTA CLARA, CALIFORNIA (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–128. CONSTANTINO *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 79–137. STEWART *v.* VIRGINIA. Cir. Ct. Fairfax County, Va. Certiorari denied.

No. 79–172. DON BURGESS CONSTRUCTION CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–220. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.